C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-80861 C-13D |
| Logan D. Forsyth, III | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING CONFIRMATION OF PLAN

On June 21, 2011, a hearing was held on Objection by Wells Fargo Bank to confirmation of the Debtor's proposed plan. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor; Richard M. Hutson II, Standing Trustee appeared; and, no other party appeared. The Court, after considering the Objection and having heard and considered the statements of counsel and the Trustee, finds that the Objection should be sustained; therefore, it is ORDERED:

1. The Objection by Wells Fargo Bank to confirmation of the Debtor's proposed plan is sustained and the proposed plan is not confirmed.

2. The Debtor shall have 30 days from June 21, 2011, within which to amend his proposed plan, or file a new proposed plan, and in the event an amended or new proposed plan is not timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

**PARTIES IN INTEREST**
**Page 1 of 1**
**10-80861 C-13D**

Logan D. Forsyth, III
3914 Glenn Rd.
Durham, NC 27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Sean M. Corcoran, Esq.
5121 Parkway Plaza Blvd., Ste. 300
Charlotte, NC 28217