UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| IN RE: | |
|---|---|
| LOGAN DEWEY FORSYTH, III | CASE NO. 10-80861 |
| | Chapter 13 |
| Debtor(s) | |

OBJECTION TO CONFIRMATION

NOW COMES Harley-Davidson Credit Corporation ("Lender"), by and through its undersigned attorney, and objects to the confirmation of the Debtor's proposed Chapter 13 Plan and as grounds therefore respectfully shows as follows:

1. This Court has jurisdiction of this contested matter pursuant to 28 U.S.C. §§1334, 151 and 157(b).

2. On or about December 15, 2007, the Debtor purchased a 2007 Harley-Davidson FXD DYNA Super Glide, VIN: 1HD1GM4147K310899 (the "Collateral") pursuant to a retail installment sales contract of even date (the "Contract"). Lender is the owner and holder of the Contract, a true and accurate copy of which is attached hereto as Exhibit A.

3. The Contract is secured by a perfected security interest in the Collateral as noted on the certificate of title or UCC-1 Financing Statement, a true and accurate copy of which is attached hereto as Exhibit B.

4. Lender filed a proof of claim in this proceeding reflecting an outstanding loan balance under the Contract as of the petition date in the amount of $10,426.32.

5. The Debtor's Chapter 13 Plan proposes to "cram down" Lender's secured claim to the Debtor's stated value for the Collateral of $6,981.00.

6. The Debtor purchased the Collateral for personal use within 910 days of the bankruptcy filing date and as such, Lender is entitled to a fully secured claim in this bankruptcy proceeding under §1325(a) of the Bankruptcy Code.

WHEREFORE, Lender prays the Court as follows:

1. That the Court deny confirmation of the Debtor's proposed plan;

2. That Lender be allowed a fully secured claim to the extent of its proof of claim filed herein;

3. That Lender be allowed its reasonable attorneys' fees to the extent allowed under 11 U.S.C. §506(b); and

4. That Lender have such other and further relief as the Court deems just and proper.

DATED: July 15, 2011

>/s/ Christine M. Lamb
>N.C. State Bar No. 19616
>THE LAMB FIRM
>P.O. Box 2188
>Davidson, NC  28036-2188
>(704) 892-3600

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:

LOGAN DEWEY FORSYTH, III

CASE NO. 10-80861

Chapter 13

Debtor(s)

CERTIFICATE OF SERVICE

The undersigned certifies that this day the pleading or paper to which this Certificate is affixed was served upon the person(s) listed below by mailing a copy of the same, properly addressed and postage prepaid via the United States Postal Service.

Logan Dewey Forsyth, III
3914 Glenn Road
Durham, NC 27704

John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Trustee
PO BOX 3613
Durham, NC 27702

DATED: July 15, 2011

/s/ Christine M. Lamb
N.C. State Bar No. 19616
THE LAMB FIRM
P.O. Box 2188
Davidson, NC 28036-2188
(704) 892-3600